## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 08-110 (TFH)** |
| | : | |
| **LONNELL G. GLOVER,** *et al.*, | : | |
| Defendants. | : | |

## GOVERNMENT'S NOTICE TO THE COURT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notices the Court of recent developments in the court authorized electronic surveillance related to the Indictments in this matter

We have recently learned that in a routine audit of the computer system utilized by the FBI in monitoring oral communications pursuant to court authorization, that is, the Voicebox system, the FBI discovered that a total of eighteen activations monitored pursuant to the court authorizations in this matter were not downloaded to the particular computer which operated these surveillances. As a consequence, when the FBI downloaded the results of court authorized monitoring in this matter to a magnetic optical disc for sealing pursuant to Title 18, United States Code, Section 2518(8)(a), those activations were not downloaded and remained in the "main frame" of the operating system. Those activations have now been down loaded to additional magnetic optical discs and computer discs which were presented on September 17, 2008 to the Honorable Rosemary M. Collyer for sealing pursuant to section 2518(8)(a).

We will deliver to each defense counsel in the prosecutions resulting from the electronic surveillances in question a computer disc containing the eighteen activations sealed by the Orders

of Judge Collyer. Of the eighteen activations sealed by Judge Collyer, nine are included in discovery provided at the outset of litigation in those matters. The remaining nine were not provided but involve no oral communication, that is, no words were spoken or recorded. Twelve of the eighteen activations involved occurred over the mobile cellular telephone assigned ESN 04504160719, with telephone number (202) 276-4337, a prepaid cellular telephone with no known subscriber which was used by Lonnell G. Glover (hereinafter "Glover cell"). These were sealed on one optical disc and one computer disc. Only five of the twelve activations were on the computer disc and this was because the activations in question involved no oral communication and as a result could not be downloaded to an optical disc. One of the eighteen activations involved occurred over the mobile cellular telephone bearing telephone number (240) 988-7588, subscribed to by Irving York, 13701 Foal Court, Upper Marlboro, Maryland, 20772, and assigned ESN/MEID number 2820497D(Suggs cell) and it was sealed on one optical disc. The remaining four activations involved occurred over the mobile cellular telephone bearing telephone number (323) 719-5416, a cellular telephone subscribed to Vee's Catering Service, PO Box 513123, Los Angeles, California, which was assigned IMSI 310410095083090, and over the mobile cellular telephone bearing telephone number (202) 531-4853, a prepaid telephone with no listed subscriber, which was assigned IMSI 310410095329440 (Williams cells). All four activations from the Williams cells involved no oral communication and as a result could not be downloaded to an optical disc. Thus Judge Collyer ordered sealed one optical disc and one computer disc for the Glover cell, one optical disc for the Glover truck, one optical disc for the Suggs cell, and one computer disc for the Williams cells.

**WHEREFORE** we respectfully notice the Court and the parties in this matter of these recent developments in this matter.

                JEFFREY A. TAYLOR
                UNITED STATES ATTORNEY

                _____
                WILLIAM J. O'MALLEY, JR.
                Assistant United States Attorney

                _____
                ANTHONY SCARPELLI
                Assistant United States Attorney

                _____
                JOHN K. HAN
                Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Notice to the Court to be served by mail and by ECF upon counsel for defendants in this matter; this 17th day of September, 2008.

                _____
                WILLIAM J. O'MALLEY, JR.
                Assistant United States Attorney
                D. C. Bar No. 166-991
                555 4th Street, N.W., Fourth Floor
                Washington, D.C.  20001
                (202) 305-1749