UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LONNELL G. GLOVER, et al.,<br><br>    Defendants. | Crim. Action No. 08-110 (TFH)<br><br>**FILED**<br>MAY - 8 2009<br>Clerk, U.S. District and Bankruptcy Courts |

### ORDER

In accordance with the matters discussed during the hearing held today in open court, and for the reasons stated from the bench, it hereby is

**ORDERED** that the Motion to Dismiss Indictment for Lack of a Speedy Trial [Docket No. 29] and Motion to Adopt Dismiss Indictment for Lack of a Speedy Trial [sic] [Docket No. 37] are **GRANTED IN PART** and **DENIED IN PART**. Accordingly, it is

**ORDERED** that the Indictment in Criminal Action Number 08-CR-00110 (TFH) shall be **DISMISSED WITHOUT PREJUDICE** for failure to bring the defendants to trial within the time limit required by 18 U.S.C. § 3161(c), as extended by 18 U.S.C. § 3161(h). It further is

**ORDERED** that the Motion to Join Motion to Dismiss Indictment [Docket No. 34] is **GRANTED**.

SO ORDERED.

May 8th, 2009

Thomas F. Hogan
United States District Judge

